JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GOLD ERA, LLC, | Case No. CV 14-4571 FMO (CWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RAYMOND DORSEY, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Plaintiff's Motion for Default Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff The Gold Era, LLC and against defendants Raymond Dorsey ("Dorsey"), Kori Moore aka Kori Reddick ("Moore"), Mariana Aguilar aka Mariana McCarthy ("Aguilar") (collectively, "defendants").

2. Defendants and their officers, directors, employees, licensees, and all other persons acting in concert with them shall be enjoined from:

   (A) Using the LAST KINGS marks, or any mark that is confusingly similar to LAST KINGS, in connection with the manufacture, marketing, distribution, promotion, advertising, offering for sale or sale of clothing, apparel, or other merchandise, neither originating from nor authorized by plaintiff, including use of such names or marks on

1         or within Internet web pages, domain names, directories, metatags, or hypertext links; and

2    (B)   Using the name, signature, photograph, and/or likeness of Michael Ray Nguyen-Stevenson, aka Tyga, for any commercial purposes, including for purposes of advertising or selling, or soliciting purchases of goods or services at "lastkingsdesigns.net" or any domain name that is identical or confusingly similar to LAST KINGS.

3. Defendants are ordered to cancel or forfeit the "lastkingsdesigns.net" domain name, or to transfer the domain name to plaintiff.

4. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 10th day of November, 2014.

                                                        /s/
                                          Fernando M. Olguin
                                      United States District Judge